AMMONS v. COUNTY OF WAKE

No. 493P97

Case below: 127 N.C.App. 426

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

CHICORA COUNTRY CLUB v. TOWN OF ERWIN

No. 23P98

Case below: 128 N.C.App. 101

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

DWYER v. MARGONO

No. 26P98

Case below: 127 N.C.App. 122

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

GORDON v. GARNER

No. 22P98

Case below: 127 N.C.App. 649

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.